# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4085
_____

RICHARD ABRAM ADAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

January 26, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Candice K. Brower, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Gainesville; and Michael J. Titus, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Trisha Meggs Pate, Assistant Attorney General; and Robert Lee, Assistant Attorney General; Tallahassee, for Appellee.